FILED

02/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0512

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 21-0512

STATE OF MONTANA,

  Plaintiff and Appellee,

 v.

CLOVIS CHRISTOPHER GENO,

  Defendant and Appellant.

## ORDER

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until March 27, 2023 to prepare, file and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 24 2023